## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARRIS GROUP INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 16-cv-00259-UNA <br><br> **JURY TRIAL DEMANDED** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ARRIS GROUP, INC.

Plaintiff ARRIS Group Inc. ("ARRIS") is a nongovernment corporate party to this action and a wholly-owned subsidiary of ARRIS U.S. Holdings, Inc.

Dated: April 13, 2016

*OF COUNSEL*:
L. Norwood Jameson
Matthew S. Yungwirth
Matthew C. Gaudet
Alison H. Hutton
**DUANE MORRIS LLP**
1075 Peachtree Street, Ste. 2000
Atlanta, Georgia 30309
Telephone: 404.253.6900
Facsimile: 404.253.6900
wjameson@duanemorris.com
msyungwirth@duanemorris.com
mcgaudet@duanemorris.com
ahhutton@duanemorris.com

Joseph A. Powers
PA Bar No. 84590
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1842
Facsimile: 215.689.3797
japowers@duanemorris.com

Respectfully submitted,

*/s/ Richard L. Renck*
Richard L. Renck (#3893)
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
rlrenck@duanemorris.com

*Counsel for Plaintiff*
*ARRIS Group Inc.*